ALVERSON TAYLOR & SANDERS
LEANN SANDERS, ESQ.
Nevada Bar No.: 000390
SHIRLEY BLAZICH, ESQ.
Nevada Bar No.: 008378
6605 Grand Montecito Parkway, Ste. 200
Las Vegas, NV 89149
Telephone:  (702) 384-7000
efile@alversontaylor.com

Attorneys for Defendant
QUALSERV SOLUTIONS LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**\*\***

| | |
|---|---|
| EDWARD SHEAN COMMINEY, JR., an individual, | Case No.:  2:19-CV-00508-JAD-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO AMENDED COMPLAINT [ECF NO. 28]** |
| vs. | |
| QUALSERV SOLUTIONS LLC, a Foreign Limited Liability Company; SAM'S WEST, INC., d/b/a SAM'S CLUB #4974, a Foreign Corporation; DOE STORE MANAGERS I through X, and/or DOE ASSISTANT STORE MANAGERS I through X; DOE ASSISTANT STORE MANAGERS I through X; DOE STORE EMPLOYEES I through X; DOE OWNERS I through X; DOE PROPERTY MANAGERS I through X; DOE MAINTENANCE EMPLOYEES I through X; DOE JANITORIAL EMPLOYEES I through X; DOE MANUFACTURERS I through X; DOE DESIGNERS I through X; DOE DISTRIBUTORS I through X; ROE PROPERTY MANAGERS XI through XX; ROE MAINTENANCE COMPANIES XI through XX; ROE OWNERS XI through XX; ROE EMPLOYERS XI through XX; ROE DISTRIBUTORS XI through XX; DOES XXI through XXV; and ROE CORPORATIONS, XXV through XXX, inclusive, jointly and severally, | |
| Defendants. | |

PURUSANT TO Local Rules 6-1 and 7-1, Plaintiff, EDWARD SHEAN COMMINEY,

JR. ("Plaintiff"), and Defendant, QUALSERV SOLUTIONS, LLC ("Defendant

SB-26295

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV  89149
(702) 384-7000

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

1  QUALSERVE"), by and through their respective attorneys of record, stipulate that Defendant

2  QUALSERVE have until to and including July 31, 2019 in which to file its Answer to the First

3  Amended Complaint. Defendant QUALSERVE has retained legal counsel but requires

4  additional time to investigate Plaintiff's claims so that it may appropriately respond to the

5  allegations in Plaintiff's First Amended Complaint in its Answer.

6

7         Dated this 24th day of July, 2019.

8                                                    ALVERSON TAYLOR & SANDERS

9

10                                                          /s/ Shirley Blazich

                                            By: _____
11                                               LEANN SANDERS, ESQ.
                                                 Nevada Bar No.: 000390
12                                               SHIRLEY BLAZICH, ESQ.
                                                 Nevada Bar No.: 008378
13                                               6605 Grand Montecito Parkway, Ste. 200
                                                 Las Vegas, NV 89149
14                                               Attorneys for Defendant
                                                 QUALSERV SOLUTIONS LLC
15

16         Dated this 24th day of July, 2019.

17                                                    BIGHORN LAW

18                                                          /s/ Kimball Jones

                                            By: _____
19                                               KIMBALL JONES, ESQ.
                                                 SIRIA L. GUTIERREZ, ESQ.
20                                               716 S. Jones Blvd.
                                                 Las Vegas, NV 89107
21                                               Attorneys for Plaintiff

22

23                                   **ORDER**

24         IT IS SO ORDERED.

25         DATED this __25th__ day of July, 2019.

26

27         _____
                    United States Magistrate Judge
28