# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDWARD SHEAN COMMINEY, JR.,

    Plaintiff(s),

v.

QUALSERV SOLUTIONS LLC, et al.,

    Defendant(s).

Case No.: 2:19-cv-00508-JAD-NJK

**Order**

[Docket Nos. 46, 47]

Plaintiff filed a proof of service for a deposition subpoena. Docket No. 46. Defendant Qualserv filed a demand for prior discovery. Docket No. 47. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced documents, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

    IT IS SO ORDERED.

    Dated: August 2, 2019

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge