# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDWARD SHEAN COMMINEY, JR.,
    Plaintiff(s),

v.

QUALSERV SOLUTIONS, INC., et al.,
    Defendant(s).

Case No.: 2:19-cv-00508-JAD-NJK

**Order**

[Docket No. 59]

Pending before the Court is Defendant's motion to compel a medical examination, filed on an emergency basis. Docket No. 59. Any response must be filed by November 8, 2019. Given that Monday is a Court holiday, any reply must be filed by noon on November 12, 2019.

IT IS SO ORDERED.

Dated: November 7, 2019

                                          Nancy J. Koppe
                                          United States Magistrate Judge