TIMOTHY F. HUNTER, ESQ.
Nevada Bar No. 010622
RAY LEGO & ASSOCIATES
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV  89113
Tel:     (702) 479-4350
Fax:    (702) 270-4602
tfhunter@travelers.com

Attorney for Defendant,
**QUALSERV SOLUTIONS, LLC**

*Ray Lego & Associates*
*7450 Arroyo Crossing Parkway, Suite 250*
*Las Vegas, Nevada 89113*
*Telephone No. (702) 479-4350*
*Facsimile No. (702) 270-4602*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD SHEAN COMMINEY, JR., an individual, <br><br> Plaintiff, <br><br> vs. <br><br> QUALSERV SOLUTIONS LLC, a Foreign Limited Liability Company; SAM'S WEST, INC., d/b/a SAM'S CLUB #4974, a Foreign Corporation; DOE STORE MANAGERS I through X, and/or DOE ASSISTANT STORE MANAGERS I through X; DOE ASSISTANT STORE MANAGERS I through X; DOE OWNERS I through X; DOE PROPERTY MANAGERS I through X; DOE MAINTENANCE EMPLOYES I through X; DOE JANITORIAL EMPLOYEES I through X; DOE MANUFACTURERS I through X; DOE DESIGNERS I through X; ROE MAINTENANCE COMPANIES XI through XX; ROE MAINTENANCE COMPANIES XI through XX; ROE OWNERS XI through XX; ROE EMPLOYERS XI through XX; ROE MANUFACTURERS XI through XX; ROE DESIGNERS XI through XX; DOES XXI through XXV; and ROE CORPORATIONS, XXV through XXX, inclusive, jointly and severally, <br><br> Defendants. | **Case No.: 2:19-cv-00508-JAD-NJK** <br><br><br><br> **Stipulation and Order for Binding Arbitration** <br><br><br> ECF No. 82 |

Plaintiff, Edward Shean Comminey, Jr., by and through his attorney, Kimball Jones,

Esq. of BigHorn Law, Defendant, Qualserv Solutions LLC, by and through its attorney,

1

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

Timothy F. Hunter, Esq. of the law firm of Ray Lego & Associates, and Defendant, Sam's West, Inc. d/b/a Sam's Club #4974, by and through its counsel, James Murphy, Esq. of the law firm of Lewis Brisbois Bisgaard & Smith, hereby stipulate and agree to submit Edward Shean Comminey's claim against Qualserv Solutions LLC and Sam's West, Inc. d/b/a Sam's Club #4974 arising out of an incident which occurred on February 15, 2017 to binding arbitration. The parties further stipulate and agree as follows:

1.      The arbitration shall be binding and shall be the sole and final resolution and adjudication of this matter between the parties.  This clause is of the essence of this Stipulation. Thus, the arbitrator's award shall be the sole recovery for this claim and the arbitrator's decision and award shall be final, binding, and non-appealable.

2.      James Armstrong, Esq. will serve as the Arbitrator and the hearing will take place on or before February 26, 2021 at the law office of Thorndal, Armstrong, Delk, Balkenbush & Eisinger or another location if necessary to be agreed upon by the parties.

3.      All discovery that was conducted during the course of this litigation shall be admissible for any purpose during the binding arbitration, unless excluded by the arbitrator based upon Nevada law or the Federal Rules of Civil Procedure.

4.      Arbitration briefs are to be submitted in accordance with the instructions and desires of the Arbitrator.  Any documentary evidence that will be submitted to the Arbitrator will be provided to the other party prior to the close of discovery.

5.      At the arbitration hearing, all parties may be heard, and the parties may present testimony from witnesses to the subject incident and/or from witnesses having knowledge of any alleged damages.  The parties have agreed to allow witnesses to testify via a videoconferencing platform as necessary.  In lieu of such testimony, transcripts of depositions and medical records may be submitted.  Medical records and bill shall be admissible if a

2

1 | Custodian of Records certificate has been provided.

2 |      6.     The Arbitration shall not be informed of the range of awards agreed upon by the

3 | parties and set forth in a separate agreement.  The parties will bear their own attorneys' fees and

4 | costs.  There will be no prejudgment interest.

5 |      7.     Each party shall bear one third of the fees of the arbitrator with the exception of

6 | any cancellation feel that is assessed due to the unilateral action or request of one party.

7 |

8 |      8.     Defendants will pay the arbitration award within 14 business days of the

9 | Arbitrator's final decision.  The parties shall execute further documents as necessary to give full

10 | force and effect to this Stipulation, including a stipulation and order for dismissal of the pending

11 | lawsuit, with prejudice.

12 |      9.     The parties acknowledge that the final and executed version of this Stipulation

13 | indicates agreement of the parties to its provisions and no provision of this agreement is to be

14 | interpreted against any party because it or its legal representative drafted or contributed to the

15 |

16 | drafting of that provision.

17 | / / /

18 | / / /

19 | / / /

20 | / / /

21 | / / /

22 | / / /

23 |

24 | / / /

25 | / / / / / //

26 | / / /

27 | / / /

28 |

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

1    10.    Pursuant to the October 8, 2020 Order of the Court the parties are required to

2  attend a Mandatory Settlement Conference on November 16, 2020, Calendar Call on December

3  7, 2020, and Trial on December 15, 2020.  Given the parties have agreed to binding arbitration,

4  the parties request that the settlement conference and trial related dates be vacated.

5  DATED this 6th day of November, 2020          DATED this 6th day of November, 2020

6

7  RAY LEGO & ASSOCIATES                     BIGHORN LAW

8  _/s/ Timothy F. Hunter_____           __/s/ Kimball Jones_____
   Timothy F. Hunter, Esq. #10622            Kimball Jones, Esq., #12982
9  7450 Arroyo Crossing Parkway, Suite 250   Siria L. Gutierrez, Esq., #11981
   Las Vegas, NV  89113                      2225 E. Flamingo Rd, Bldg 2, #300
10 Attorney for Defendant,                   Las Vegas, NV 89119
   QUALSERVE SOLUTIONS, LLC                  Attorney for Plaintiff,
11                                           EDWARD SHEAN COMMINEY, JR

12

13 DATED this 6th day of November, 2020.

14 LEWIS BRISBOIS BRISGAARD & SMITH

15

16 ____/s/ James Murphy_____
   James Murphy, Esq. #008586
17 6385 S. Rainbow Blvd., #600
   Las Vegas, NV 89118
18 Attorney for Defendant,
   SAM'S CLUB WEST, INC. D/B/A SAM'S CLUB #4974
19

20                          **ORDER**

21
       Based on the parties' stipulation **[ECF No. 82]** and good cause appearing, IT IS
22 HEREBY ORDERED that the stipulation is approved, and this case will be resolved by
   binding arbitration.  **The Jury Trial** scheduled for 12/15/2020 and all related hearings and
23 deadlines [ECF No. 80] are **VACATED**.  The **Clerk of Court** is directed to
   **ADMINISTRATIVELY CLOSE THIS CASE**.
24

25

26  _____
   U.S. District Judge Jennifer A. Dorsey
27 Dated: November 9, 2020

28

4

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602